

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

YESH MUSIC, LLC, and JOHN EMANUELE, individually and on behalf of all other similarly situated copyright holders,

                      Plaintiff,

    v.

M&M MEDIA, INC. d/b/a TREBLE MUSIC,

                      Defendants.
-----------------------------------------------------------------x

Index No.: Index No.: 17-cv-5939

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed.R.Civ.P 41 (a)(1)(A)(i) plaintiffs hereby serve notice that the above-captioned matter is dismissed without prejudice as to all defendants.

Dated: October 12, 2017

                                                        GARBARINI FITZGERALD P.C.

                                                        By: _____
                                                        Richard M. Garbarini (RG 5496)
                                                        250 Park Avenue, 7th Floor
                                                        New York, New York 10177
                                                        Telephone: (212) 300-5358
                                                        Facsimile: (347) 218-9479

So ordered.

s/Nicholas G. Garaufis

10/13/17